**No. 09-11066. Daniel D. Dydzak, Petitioner v. State Bar of California.**

562 U.S. 861, 131 S. Ct. 136, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6288.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

**No. 09-11067. John H. Whitfield, Petitioner v. United States.**

562 U.S. 833, 131 S. Ct. 136, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6417.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 590 F.3d 325.

**No. 09-11068. Leon Jermain Winston, Petitioner v. Loretta K. Kelly, Warden.**

562 U.S. 861, 131 S. Ct. 136, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 5952.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 535.

**No. 09-11070. Lisa J. Gillard, Petitioner v. Alexander S. Michalakos, et al.**

562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 6424,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 365 Fed. Appx. 1.

**No. 09-11072. Earlyn Walker, Petitioner v. University of Rochester, Strong Memorial Hospital.**

562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 5958.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 368 Fed. Appx. 188.

**No. 09-11074. Jodene LaRue, Petitioner v. Denso Manufacturing Arkansas, Inc.**

562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 5854,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 367 Fed. Appx. 732.

**No. 09-11075. Roy Colina Alivio, Petitioner v. United States.**

562 U.S. 861, 131 S. Ct. 137, 178 L. Ed. 2d 83, 2010 U.S. LEXIS 5913.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 366 Fed. Appx. 790.